UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID LEE, JR.,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>SCOTT FRAUENHEIM,<br><br>　　　　　Respondent. | No. 1:15-cv-01774 LJO JLT (HC)<br><br>ORDER GRANTING PETITIONER'S REQUEST TO FILE OVERSIZED TRAVERSE<br><br>[Doc. No. 43] |

　　　On May 16, 2016, Respondent filed an answer to the petition. Prior to the deadline for filing a traverse, Petitioner filed a motion for permission to file an oversized 100-page traverse. Petitioner argues that such an oversized pleading is necessary because of the complexity of the case and the number of claims at issue. On July 28, 2016, Petitioner timely filed his traverse.

　　　Good cause appearing, the Court **ORDERS**: , Petitioner's request for permission to file an oversized traverse is GRANTED *nunc pro tunc*.

IT IS SO ORDERED.

　　Dated:　**September 9, 2016**　　　　　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE