UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID LEE, JR.,<br><br>            Petitioner,<br><br>    v.<br><br>SCOTT FRAUENHEIM,<br><br>            Respondent. | No. 1:15-cv-01774 LJO JLT (HC)<br><br>ORDER REGARDING PETITIONER'S MOTION FOR CLARIFICATION<br><br>[Doc. 58] |

On May 10, 2017, the Court issued Findings and Recommendation to deny the petition for writ of habeas corpus. On June 12, 2017, Petitioner filed objections to the Findings and Recommendation along with a request for certificate of appealability. Pursuant to the Court's general practice and in keeping with Ninth Circuit directives, the Clerk's Office construed the request as a notice of appeal and processed the appeal to the Ninth Circuit Court of Appeal. The Findings and Recommendation will be submitted to the District Judge once the Ninth Circuit remands the matter back to the District Court.

IT IS SO ORDERED.

    Dated:   **June 27, 2017**                      **/s/ Jennifer L. Thurston**
                                                                UNITED STATES MAGISTRATE JUDGE